IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



Thomas Howes
10319 Westlake Dr. Ste 446
Bethesda, Md 20817

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

FINRA
9509 Key ~~Res~~ West Ave
Rockville, Md 20817

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. PWG 18 CV 3094

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☑ Yes     ☐ No
*(check one)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Thomas Howes |
| Street Address | 10319 Westlake Dr. Ste 446 |
| City and County | Bethesda, Md 20817 |
| State and Zip Code | Montgomery County |
| Telephone Number | 301-461-3503 |
| E-mail Address | tomwhowes@aol.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | FINRA |
| Job or Title (if known) | Office of Ombudsman |
| Street Address | 9509 Key West Ave |
| City and County | Rockville, Montgomery County |
| State and Zip Code | Md   20850 |
| Telephone Number | 301-590-6500 |
| E-mail Address (if known) | |

Defendant No. 2

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

II.     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

15 U.S.C 78o-3(i)(1)(D) , 28 U.S.C 1331

& 15 U.S.C 78s(g)(1) and 78s(h)

15. U.S.C. 78a

B.      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* Thomas Hower, is a citizen of
the State of *(name)* Maryland .

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name)* _____ ,
and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* ___I_____ , is a citizen of
the State of *(name)* _____ . *Or* is a citizen of
*(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)* __FINRA_____ , is
incorporated under the laws of the State of *(name)*
__Delaware_____ , and has its principal place of
business in the State of *(name)* __Maryland____ . *Or* is
incorporated under the laws of *(foreign nation)*
_____ , and has its principal place of
business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

__Petition for Declaratory Relief + Expungement__
__$225u__

III.   **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Attached

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Attach

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 9th , 2018

Signature of Plaintiff

Printed Name of Plaintiff     Thomas Hour

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.     For Attorneys

Date of signing: _____ , 20__ .

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

Telephone Number

Email Address

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

THOMAS HOWES,

10319 WESTLAKE DR, ST 446

BETHESDA MD. 20817

      Plaintiff,

      vs.

FINRA,

9509 KEY AVE

ROCKVILLE,

MD. 20817

      Defendant

Case NO:  _ PWG 18 CV 3094

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S PETITION FOR DECLARATORY RELIEF AND EXPUNGEMENT**

Plaintiff, Thomas Howes, hereby complains and alleges as follows:

1. Plaintiff, Thomas Howes ( herein after referred to as Plaintiff) is and at all times mentioned herein was an individual, over the age of majority, residing in the City of Potomac, County of Montgomery, and State of Maryland. Plaintiff has always enjoyed a very good reputation in both his personal and professional life, and is well respected in both his local business community as well as his local community.

2. Defendant, FINRA ( hereinafter referred to as Defendant) upon information and belief, is now, and at all times mentioned herein was, a regulatory authority, located in the City of Rockville , County of Montgomery, State of Maryland.

3. This court is the proper court for trial in this action in that the actions and omissions of Defendant as alleged herein were made within this Court's jurisdictional area.

4. FINRA is reporting false and defamimg information on it's website https://brokercheck.finra.org about the Plaintiff.

5. Plaintiff is entitled to have 2 customer complaint's removed from his record on the Central Registration Depository("CRD"). These are also being shown on the Federally approved

[PLEADING TITLE] - 1

securities industry registration form, known as the Uniform Application for Securities Industry Registration or Transfer( Form U4).

6. FINRA  has a procedure to Expunge false information with a Petition to Expungement. FINRA Federal procedures are flawed it that they only require member firms to retain documents and information for 6 years. Plaintiff's complaints are 17 years and 10 years old.

7. Plaintiff  could have easily proven the customer complaints are false with documentation through discovery. FINRA  laws only require retention policies of 6 years. FINRA shouldn't keep complaints on the U-4 or broker check for longer than 6 years.

8. The aforesaid defamatory customer complaints has harmed Plaintiff's reputation. Plaintiff was  denied two of his Petition's for Expungement. Plaintiff has incurred substainial expenses and continued damage from Defendant's false statements. This information is placed on a public domain with FINRA called Broker Check.

### GROUNDS FOR EXPUNGEMENT – FEDERAL QUESTION

9. FINRA is a private, not-for-profit Delaware corporation and self- regulatory organization (" SRO") registered with the Securities Exchange Commission ("SEC") as a national securities association pursuant to the Maloney Act amendment to the Securities Exchange Act of 1934, 15 U.S.C 78a, et seq ( the Exchange Act"). FINRA is the nation's only registered securities association as well as the nation's largest SRO.

10. FINRA-DR is a wholly owned by FINRA ande FINRA-DR and operates the largest dispute resolution forum in the securities industry to assist in the resolution of monetary and business disputes between and among investors, brokerage firms and individual brokers.

11. FINRA is mandated by the Exchange Act to regulate the securities market and securities firms and their registered representatives who buy and sell securities. See 15 U.S.C 78o-3..

12. As an SRO, FINRA is part of the Exchange Act's highly interrelated and comprehensive machanism for regulating the securities industry and markets. See. E.g. Desiderio v NASD. 191 F. 3d 198, 201 ( 2d Cir. 1999). FINRA is obligated to comply with the Exchange Act and it's own rules. See 15 U.S.C 78s(g)(1) and 78s(h)

13. The SEC must approve all FINRA rules, policies, practices and interpretations before they are impplemented. Shearson/ American Express v McMahon, 482 U. S. 220 , 233-34, 107 S. Ct. 2332( 1987) . The SEC cannot approve a proposed FINRA rule or amendement unless it is consistent with the Exchange Act and the rules and regulations  promulgated thereunder. See 15 U.S.C 78s(b)

[PLEADING TITLE] - 2

14. **FINRA rules are " part of thew apparatus of federal securities regulations." Kurz v. Fidelity Management & Research Co. 556 F 3d 639,641 ( 7th Cir. 2009).**

15. **The Exchange Act requires brokers and dealers to become members of registered securities association like FINRA, or one of the national stock exchanges. See 15 U. S. C. 78o (b)(1)(B)**

16. **The Exchange Act requires FINRA to " establish and maintain a system for collecting and retaining registration information " regarding registtered representatives." 15 U.S.C 78o-3(i)(1)(A).**

17. **FINRA's aribration process is suppose to follow the guidelines of the Federal Arbitration Act. ( FAA)**

18. **FINRA Office of Dispute Resolution Arbitrator's Guide references "** Discovery is the exchange of documents and information that the parties undertake to prepare for the hearing on the merits. FINRA requires parties to cooperate to the fullest extent practicable in the exchange of documents and information to expedite the arbitration. The Codes provide procedures for discovery requests and outline the arbitrators' authority in the discovery process. **" FINRA also has a Discovery Guide"** FINRA provides the Discovery Guide, which documents that the parties should exchange without arbitrator or staff intervention. The Discovery Guide contains two Document Production Lists (Lists) of presumptively discoverable documents: one for firms/associated persons to produce and one for customers to produce. Though the Discovery Guide is not intended for use in simplified arbitration proceedings under FINRA Rule 12800, the arbitrators may, in their discretion, choose to use relevant portions of the Discovery Guide in a manner consistent with the expedited nature of simplified proceedings. The Discovery Guide, including the Lists, serves as a guide for the parties and the arbitrators. While the parties and arbitrators should consider the documents described in the Lists presumptively discoverable, the parties and arbitrators retain their flexibility in the discovery process. Arbitrators can: order the production of documents not provided on the Lists; order that the parties do not have to produce certain documents on the Lists in a particular case; and alter the production schedule described in the 12500 series of rules. Where additional documents are relevant in a particular case, parties can seek them in accordance with the time frames provided in the Code. Nothing in the Discovery Guide precludes the parties from voluntarily agreeing to an exchange of documents in a manner different from that set forth in the Discovery Guide. FINRA encourages the parties to agree to the voluntary exchange of documents and to stipulate to various matters.

19. **Plaintiff can not enforce production of documents through the Chairperson, if FINRA and the SEC don't require member firms to retain documents for more than 6 years. See Exhibit A. This is amazing in an age of cloud storage.**

20. **Pursuant to the Exchange Act, FINRA has established standards for the uniform licensing and registration of securities profesionals- including registered representatives like Plaintiff. See U. S. C. 78o-3 (b)(3) and 78o-3(g)(3). The SEC has approved a form used in registering**

securities industry representatives like Plaintiff- the Form U-4. See, e.g. SEC Release No. 34-11424, 1975 SEC Lexis 1592( May 16t, 1975); SEC Release No. 34-17383, SEC Release No. 34-13678 and 1977 SEC Lexis 1409

21. As a condition of registration with FINRA, Plaintiff necessarily executed a Form U4 which contains the following pertinent provisions:
    Individual / Applicant's Acknowledgement and Consent

    2. I apply for registration with the jurisdiction and SRO's indicated in

    Section 4 ( SRO Registration) and Section 5 ( Jurisdiction Registartion) as may be amended

    from time to time and, in consideration of the jurisdictions and SROs receiving and

    considering muy application, I submit to the authority of the jurisdictions and SRO's and

    agree to comply with all provisions, condition and covenants of the statutes, constitutions,

    certificate of incorporation, by-laws and rules and regulation of the jurisdiction and SRO's

    as they are or may be adapted, or amended from time to time.

22. As a condition of registration with FINRA, and by signing the Form U-4 Plaintiff agreed to

    comply with all FINRA rules. O'Neel v. NASD, Inc 667 F 2d 804,807 (9th Cir. 1982).

23. Plaintiff 's Petition challenges both FINRA's statutory obligations under the Exchange Act

    to maintain customer dispute information and make that information publicly available, as

    well as FINRA's SEC –approved rules for expunging such customer dispute information.

24. This Petition of Expungement may be removed to this Court by FINRA and FINRA-DR

    pursuant to 28 U.S.C 1441 because this is a civil action over which the court has federal

    question jurisdiction under 28 U.S.C 1331.

25. Section 27 of the Exchange Act, 15 U.S.C 78aa, vests federal courts with exclusive

    jurisdiction for violations of the Exchange Act or the rules and regulationscreated

    thereunder. As set forth above, all of Plaintiff's claims against FINRA and FINRA-DR are

[PLEADING TITLE] - 4

" founded on {FINRA's or FINRA-DR'r } conduct" in enforcing its regulatory responsibilities –specifically , FINRA's obligation under the Exchange Act to enforce its own rules- " the proprietyof whuch must be exclusively determined by federal law" Sparta Surgical Corp v Nat'l Ass'n of Secs. Dealers, Inc, 159 F 3d 1209, 12121 ( 9th Cir. 1998): Sacks v Dietrich, 663 F . 3d 1065

26.     Plaintiff argues that the court should expunge disclosure that were made pursuant to the FINRA rules, and are maintained pursuant to FINRA rules, and alleges that FINRA violated theses rules by not allowing a fair arbitration which includes discovery.


## CONCLUSION


FINRA is reporting through it's public website Brokercheck and internal CRD erroneous information about the Plaintiff. FINRA only offers one solution to disputes and that is FINRA arbitration. FINRA arbitration is suppose to follow the guidelines of the Federal Arbitration Act. FINRA states in their own FINRA Aribrator guidelines that Discovery is an important part of the arbitration process.   FINRA members  are not forced to produce discovery for cases older than 6 years old. FINRA is reporting derogatory and erroneous information without a fair arbitration . Plaintiff respectfully request this court to grant relief through expungement.


October 10th, 2018

[PLEADING TITLE] - 5

1
2
3
4                                        **Respectfully submitted,**
5
6
7                                        _____
8                                        **Thomas Howes**
9                                        **PO Box 34017**
                                         **Bethesda, Md. 20827**
10                                       **301-461-3503**
                                         **tomwhowes@aol.com**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PLEADING TITLE] - 6